UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06 3043 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Violet Akers,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, VIOLET AKERS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated this 13th day of February, 2009.

*[signature]*
J. FRANKLIN LONG
Counsel for Plaintiff, Violet Akers
Law Offices of J. Franklin Long
727 Bland Street
Bluefield, WV 24701
(304) 327-5544 Phone
(304) 325-8854 Facsimile
joe@jfranklinlong.com E-mail Address

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated this __14th__ day of __May__, 2009.

DLA PIPER (US) LLP

By: _____
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated this __19th__ day of _____, 2009.

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

-2-